# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wolf, Mark L. | United States District Court District of Massachusetts | 05/10/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior United States District Juge | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 1/1/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

1 Courthouse Way Suite 5110
Boston, MA 02210

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Chairman Emeritus, Director | Albert Schweitzer Fellowship |
| 2. | Chair | John William Ward Fellowship |
| 3. | Trustee | ▨▨▨▨▨▨▨ Trust |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 12/2012 | New England Law, Teaching from 8/2012-12/2012 | $26,500.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Department of State | 3/17/2012-3/27/2012 | Romania | Educational Program | Transportation, Food, Lodging |
| 2. | St. Petersburg International Legal Forum Foundation | 5/11/2012-5/20/2012 | Russia | Educational Program | Transportation, Food, Lodging |
| 3. | Justice Academy of Turkey | 06/11/2012-06/18/2012 | Turkey | Educational Program | Transportation, Food, Lodging |
| 4. | Brookings Institution/World Forum on Governance | 11/27/2012-12/08/2012 | Czech Republic | Educational Program | Transportation, Food, Lodging |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wolf, Mark L.** | 05/10/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Alan Dershowitz | Antique Wooden Gavel from Jerusalem (price is estimated) | $400.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 | B | Dividend | L | T | | | | | |
| 2. -iShares Barclays TIPS Bond Fund 2.898% | | | | | Buy (add'l) | 02/02/12 | J | | |
| 3. | | | | | Sold (part) | 6/6/12 | J | A | |
| 4. | | | | | Sold (part) | 10/3/12 | J | A | |
| 5. -SPDR Gold Trust | | | | | Buy (add'l) | 6/6/12 | J | | |
| 6. | | | | | Sold (part) | 7/17/12 | J | A | |
| 7. -Vanguard Bond Index Fund | | | | | Buy (add'l) | 2/2/12 | J | | |
| 8. -Vanguard Total Stock Market Index | | | | | Sold (part) | 02/02/12 | J | C | |
| 9. -iShares MSCI Germany Index | | | | | Buy | 10/3/12 | J | | |
| 10. -DB Commodity Index | | | | | Buy (add'l) | 6/6/12 | J | | |
| 11. -iShares MSCI Hong Kong | | | | | Sold | 2/2/12 | J | A | |
| 12. | | | | | Buy | 10/3/12 | J | | |
| 13. -PIMCO Exch Traded Fund 15+ Yr US TIPS Index Fund | | | | | Sold (part) | 2/2/12 | J | A | |
| 14. | | | | | Sold | 10/3/12 | J | A | |
| 15. -Vanguard REIT | | | | | Sold (part) | 2/2/12 | J | A | |
| 16. | | | | | Buy (add'l) | 6/6/12 | J | | |
| 17. -Schwab Govt Money Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Currencyshares Japanese Yen Trust | | | | | Sold | 2/2/12 | J | A | |
| 19. -iShares IBoxx -Investment Grade Corporate Bond Fund | | | | | Sold | 10/3/12 | J | A | |
| 20. -SPDR S&P 500 Fund | | | | | Buy | 2/2/12 | J | | |
| 21. | | | | | Sold | 6/6/12 | J | | |
| 22. -PowerShares QQQ Trust, Series 1 | | | | | Buy (add'l) | 2/2/12 | J | | |
| 23. -Vangard Emerging Markets Index | | | | | Sold (part) | 12/6/12 | J | | |
| 24. -Vangaurd MSCI EAFE Index | | | | | Buy (add'l) | 6/6/12 | J | | |
| 25. -PIMCO Enhanced Short Maturity | | | | | Sold | 2/2/12 | J | | |
| 26. -EGShares ETF Emerging Markets | | | | | Buy | 12/6/12 | J | | |
| 27. -iShares AAA-A Rated Corporate Bond Fund | | | | | Buy | 10/3/12 | J | | |
| 28. -iShares Russell 2000 Index | | | | | Buy | 2/2/12 | J | | |
| 29. -iShares FTSE EPPA Nareit Global Real Estate | | | | | Buy | 6/6/12 | J | | |
| 30. | | | | | Buy (add'l) | 8/2/12 | J | | |
| 31. -Vanguard Dividend Appreciation Index | | | | | | | | | |
| 32. -Powershares ETF Emerging Markets | | | | | Buy | 10/3/12 | J | | |
| 33. -Powershares Global ETF Fundamental High Yld US | | | | | Buy | 2/9/12 | J | | |
| 34. | | | | | Sold | 10/3/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -SPDR Barclays 1-3 Yr US Corp Investment Grade | | | | | Buy | 2/2/12 | J | | |
| 36. | | | | | Buy (add'l) | 10/3/12 | J | | |
| 37. -SPDR Barclays High Yield Bond | | | | | Buy | 2/9/12 | J | | |
| 38. | | | | | Sold | 10/3/12 | J | A | |
| 39. -Powershares S&P Low Volatility | | | | | Buy | 2/2/12 | J | | |
| 40. -iShares Barclays 7-10 Year Treasury | | | | | | | | | |
| 41. -iShares Gold Trust | | | | | | | | | |
| 42. -Wisdom Tree Asia Local Market Debt Fund | | | | | | | | | |
| 43. | | | | | | | | | |
| 44. | | | | | | | | | |
| 45. IRA #2 | D | Dividend | M | T | | | | | |
| 46. iShares Barclays TIPS Bond FUnd 2.89% | | | | | | | | | |
| 47. -iShares Barclays TIPS Bond Fund 2.89% | | | | | Buy (add'l) | 2/2/12 | J | | |
| 48. | | | | | Sold (part) | 6/6/12 | J | B | |
| 49. | | | | | Sold (part) | 10/3/12 | J | B | |
| 50. -SPDR Gold Trust | | | | | Sold (part) | 7/17/12 | J | A | |
| 51. -Vanguard Bond Index Fund | | | | | Buy (add'l) | 2/17/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -iShares MSCI Germany Index | | | | | Buy | 10/3/12 | J | | |
| 53. -DB Commodity Index | | | | | Buy (add'l) | 6/6/12 | J | | |
| 54. -iShares MSCI Hong Kong Index | | | | | Sold | 2/2/12 | J | B | |
| 55. | | | | | Buy | 10/3/12 | J | | |
| 56. -PIMCO Exch Traded Fund 15+ yr US TIPS Index | | | | | Sold (part) | 2/2/12 | J | A | |
| 57. | | | | | Sold | 10/3/12 | J | A | |
| 58. -Vanguard REIT Index | | | | | Sold (part) | 2/2/12 | J | A | |
| 59. | | | | | Buy (add'l) | 6/6/12 | J | | |
| 60. -Vanguard Total Stock Market | | | | | Sold (part) | 2/2/12 | K | D | |
| 61. -Schwab Govt Money Fund | | | | | | | | | |
| 62. -Currencyshares Japanese Yen Trust | | | | | Sold | 2/2/12 | J | A | |
| 63. -iShares IBoxx -Investment Grade Corporate Bond Fund | | | | | Sold | 10/3/12 | J | A | |
| 64. -SPDR S&P 500 Fund | | | | | Buy | 2/2/12 | J | | |
| 65. | | | | | Sold | 6/6/12 | J | | |
| 66. -PowerShares QQQ Trust, Series 1 | | | | | Buy (add'l) | 2/2/12 | J | | |
| 67. | | | | | Sold (part) | 10/3/12 | J | A | |
| 68. -Vanguard Emerging Markets Index | | | | | Sold (part) | 12/6/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -PIMCO Enhanced Short Maturity | | | | | Sold | 2/2/12 | J | | |
| 70. -EGShares ETF Emerging Markets | | | | | Buy | 12/6/12 | J | | |
| 71. -iShares AAA-A Rated Corporate Bond Fund | | | | | Buy | 10/3/12 | J | | |
| 72. -iShares Russell 2000 Index | | | | | Buy | 2/2/12 | J | | |
| 73. -iShares FTSE EPPA Nareit Global Real Estate | | | | | Buy | 6/6/12 | J | | |
| 74. | | | | | Buy (add'l) | 8/2/12 | J | | |
| 75. -Powershares EFF Emerging Markets | | | | | Buy | 10/3/12 | J | | |
| 76. -Powershares Global ETF Fundamental High Yld US | | | | | Buy | 2/9/12 | J | | |
| 77. | | | | | Sold | 10/3/12 | J | A | |
| 78. -SPDR Barclays 1-3 Yr US Corp Investment Grade | | | | | Buy | 2/2/12 | J | | |
| 79. | | | | | Buy (add'l) | 10/3/12 | J | | |
| 80. -SPDR Barclays High Yield Bond | | | | | Buy | 2/9/12 | J | | |
| 81. | | | | | Sold | 10/3/12 | J | A | |
| 82. -Powershares S&P Low Volatility | | | | | Buy | 2/2/12 | J | | |
| 83. | | | | | | | | | |
| 84. | | | | | | | | | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |
| 87. | | | | | | | | | |
| 88. | | | | | | | | | |
| 89. BROKERAGE ACCOUNT #1 | C | Dividend | M | T | | | | | |
| 90. -iShares Barclays 1-3 Year Treasury Bond Fund | A | Dividend | J | T | Sold (part) | 5/17/12 | J | A | |
| 91. | | | | | Sold (part) | 10/3/12 | J | A | |
| 92. -iShares Barclays TIPS Bond Fund 5.298% | A | Dividend | J | T | Buy (add'l) | 2/2/12 | J | | |
| 93. | | | | | Sold (part) | 5/17/12 | J | A | |
| 94. | | | | | Sold (part) | 10/3/12 | J | A | |
| 95. -SPDR Gold Trust | | None | J | T | Sold (part) | 7/17/12 | J | B | |
| 96. -Vanguard Divident Appreciation Index | | | | | | | | | |
| 97. -Vanguard Bond Index Fund | A | Dividend | K | T | Sold (part) | 5/17/12 | J | A | |
| 98. -Vanguard Total Stock Market Index | A | Dividend | J | T | | | | | |
| 99. -iShares 7-10 Year Treasury Bond Fund | A | Dividend | J | T | Sold (part) | 5/17/12 | J | A | |
| 100. -iShares MSCI Germany Index | | None | J | T | Buy | 10/3/12 | J | | |
| 101. -DB Powershares Commodity Index | | None | J | T | | | | | |
| 102. -Ishares MSCI Hong Kong Index | A | Dividend | J | T | Sold | 2/2/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Buy | 10/3/12 | J | | |
| 104.  -PIMCO 15+ Year US TIPS Index ETF | A | Dividend | | | Sold<br>(part) | 2/2/12 | J | A | |
| 105. | | | | | Sold | 10/3/12 | J | A | |
| 106.  -Ishares Gold Trust | | | | | | | | | |
| 107.  -PIMCO Enhanced Short Maturity Strgy<br>ETF | A | Dividend | J | T | Sold<br>(part) | 2/2/12 | J | | |
| 108. | | | | | Sold<br>(part) | 5/17/12 | J | | |
| 109.  -Vanguard Dividend Appreciation | A | Dividend | J | T | Sold<br>(part) | 10/3/12 | J | A | |
| 110.  -Vanguard REIT Index | A | Dividend | J | T | Sold<br>(part) | 2/2/12 | J | A | |
| 111. | | | | | Sold<br>(part) | 5/17/12 | J | A | |
| 112. | | | | | Buy<br>(add'l) | 10/3/12 | J | | |
| 113.  -Vanguard MSCI EAFE Index | | | | | | | | | |
| 114.  -Schwab Government Money Fund | | None | J | T | | | | | |
| 115.  -Wisdom Tree Asia Local Market Debt<br>Fund | | | | | | | | | |
| 116.  -Currencyshares Japanese Yen Trust | | None | | | Sold | 2/2/12 | J | A | |
| 117.  -PowerShares QQQ Trust, Series 1 | A | Dividend | J | T | Sold<br>(part) | 5/17/12 | J | A | |
| 118. | | | | | Buy<br>(add'l) | 10/3/12 | J | | |
| 119.  -SPDR S&P 500 Fund | A | Dividend | | | Buy | 2/2/12 | J | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold | 6/6/12 | J | | |
| 121. -SPDR Barclays Capital Short Term Corportate Bond | A | Dividend | K | T | Buy (add'l) | 2/2/12 | J | | |
| 122. | | | | | Sold (part) | 5/17/12 | J | A | |
| 123. | | | | | Buy (add'l) | 10/3/12 | J | | |
| 124. -iShares AAA-A Rated Corporate Bond Fund | A | Dividend | J | T | Buy | 10/3/12 | J | | |
| 125. -iShares FTSE EPPA Nareit Global Real Estate | A | Dividend | J | T | Buy | 6/6/12 | J | | |
| 126. | | | | | Buy (add'l) | 10/3/12 | J | | |
| 127. -Powershares EFF Emerging Markets | A | Dividend | J | T | Buy | 10/3/12 | J | | |
| 128. -Powershares Global ETF Fundamental High Yld US | A | Dividend | | | Buy | 2/9/12 | J | | |
| 129. | | | | | Sold | 10/3/12 | J | A | |
| 130. -Powershares S&P Low Volatility | A | Dividend | J | T | Buy | 2/2/12 | J | | |
| 131. -Guggenheim Enhanced Short Duration | A | Dividend | J | T | Buy | 2/2/12 | J | | |
| 132. -iShares Gold Trust | | None | J | T | Buy | 10/3/12 | J | | |
| 133. | | | | | | | | | |
| 134. | | | | | | | | | |
| 135. | | | | | | | | | |
| 136. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,000 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | | | | | |
| 138. | | | | | | | | | |
| 139. | | | | | | | | | |
| 140. | | | | | | | | | |
| 141. | | | | | | | | | |
| 142. | | | | | | | | | |
| 143. | | | | | | | | | |
| 144. | | | | | | | | | |
| 145. | | | | | | | | | |
| 146. BROKERAGE ACCOUNT #2 | B | Dividend | K | T | | | | | |
| 147. McDonald's Corp | B | Dividend | K | T | | | | | |
| 148. Schwab Govt Money Fund | A | Dividend | J | T | | | | | |
| 149. | | | | | | | | | |
| 150. | | | | | | | | | |
| 151. | | | | | | | | | |
| 152. | | | | | | | | | |
| 153. BROKERAGE ACCOUNT #3 | D | Dividend | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  -iShares Barclays TIPS Bond Fund 5.298% | A | Dividend | K | T | Sold (part) | 5/17/12 | J | A | |
| 155. | | | | | Sold (part) | 6/6/12 | J | B | |
| 156. | | | | | Sold (part) | 10/3/12 | K | C | |
| 157. | | | | | Sold (part) | 10/26/12 | J | A | |
| 158.  -SPDR Gold Trust | | None | K | T | Sold (part) | 7/17/12 | J | C | |
| 159. | | | | | Sold (part) | 10/26/12 | J | B | |
| 160.  -Vanguard Bond Index Fund | B | Dividend | K | T | Buy (add'l) | 2/2/2012 | J | | |
| 161. | | | | | Sold (part) | 5/17/12 | J | A | |
| 162. | | | | | Buy (add'l) | 10/3/12 | J | | |
| 163. | | | | | Sold (part) | 10/26/12 | J | A | |
| 164.  -Vanguard Total Stock Market Index | A | Dividend | K | T | Sold (part) | 02/02/12 | K | E | |
| 165. | | | | | Sold (part) | 10/26/12 | J | A | |
| 166.  -iShares Barclays 7-10 Year Treasury Bond | A | Dividend | J | T | | | | | |
| 167.  -iShares MSCI Germany Index | | None | J | T | Buy | 10/3/12 | J | | |
| 168. | | | | | Sold (part) | 10/26/12 | J | | |
| 169.  -DB Powershares Commodity Index | | None | J | T | | | | | |
| 170.  -Ishares MSCI Hong Kong Index | A | Dividend | K | T | Sold | 2/2/12 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy | 10/3/12 | J | | |
| 172. | | | | | Sold (part) | 10/26/12 | J | A | |
| 173. -PIMCO 15+ Year US TIPS Index ETF | A | Dividend | | | Sold (part) | 2/2/12 | J | A | |
| 174. | | | | | Sold | 10/3/12 | J | B | |
| 175. -PIMCO Enhanced Short Maturity Strgy ETF | A | Dividend | | | Sold | 2/2/12 | J | | |
| 176. -Vanguard Dividend Appreciation | A | Dividend | K | T | Sold (part) | 02/2/12 | J | A | |
| 177. | | | | | Sold (part) | 5/17/12 | J | A | |
| 178. | | | | | Sold (part) | 10/26/12 | J | A | |
| 179. -Vanguard REIT | A | Dividend | K | T | Sold (part) | 2/2/12 | J | A | |
| 180. | | | | | Sold (part) | 5/17/12 | J | A | |
| 181. | | | | | Buy (add'l) | 6/6/12 | J | | |
| 182. | | | | | Sold (part) | 10/26/12 | J | A | |
| 183. -Schwab Govt Money Fund | | None | J | T | | | | | |
| 184. -Currencyshares Japanese Yen Trust | | None | | | Sold | 2/2/12 | J | A | |
| 185. -iShares IBoxx -Investment Grade Corporate Bond Fund | A | Dividend | | | Sold | 10/3/12 | J | A | |
| 186. -SPDR S&P 500 Fund | A | Dividend | | | Buy | 2/2/12 | J | | |
| 187. | | | | | Sold | 6/6/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -PowerShares QQQ Trust, Series 1 | A | Dividend | K | T | Buy (add'l) | 2/2/12 | K | | |
| 189. | | | | | Sold (part) | 5/17/12 | J | A | |
| 190. | | | | | Sold (part) | 10/26/12 | J | A | |
| 191. -Vanguard Emerging Markets Index | A | Dividend | J | T | Sold (part) | 10/26/12 | J | | |
| 192. | | | | | Sold (part) | 12/6/12 | J | | |
| 193. -Vangaurd MSCI EAFE Index | A | Dividend | J | T | Sold (part) | 10/26/12 | J | | |
| 194. -Wisdom Tree Asia Local Market Debt Fund | A | Dividend | J | T | Sold (part) | 10/26/12 | J | A | |
| 195. -EGShares ETF Emerging Markets | | None | J | T | Buy | 12/6/12 | J | | |
| 196. -iShares AAA-A Rated Corporate Bond Fund | A | Dividend | J | T | Buy | 10/3/12 | J | | |
| 197. -iShares FTSE EPPA Nareit Global Real Estate | A | Dividend | J | | Buy | 6/6/12 | J | | |
| 198. | | | | | Buy (add'l) | 8/2/12 | J | | |
| 199. | | | | | Sold (part) | 10/26/12 | J | A | |
| 200. -Powershares EFF Emerging Markets | A | Dividend | J | T | Buy | 10/3/12 | J | | |
| 201. | | | | | Sold (part) | 10/26/12 | J | A | |
| 202. -Powershares Global ETF Fundamental High Yld US | A | Dividend | | | Buy | 2/9/12 | J | | |
| 203. | | | | | Sold | 10/3/12 | J | A | |
| 204. -SPDR Barclays 1-3 Yr US Corp Investment Grade | A | Dividend | K | T | Buy | 2/2/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 10/3/12 | J | | |
| 206. | | | | | Sold (part) | 10/26/12 | J | A | |
| 207. -SPDR Barclays High Yield Bond | A | Dividend | | | Buy | 2/9/12 | J | | |
| 208. | | | | | Sold | 10/3/12 | J | A | |
| 209. -Powershares S&P Low Volatility | A | Dividend | J | T | Buy | 2/2/12 | J | | |
| 210. | | | | | Sold (part) | 5/17/12 | J | A | |
| 211. | | | | | Sold (part) | 10/26/12 | J | A | |
| 212. -iShares Russell 2000 Index | A | Dividend | J | T | Buy | 2/2/12 | J | | |
| 213. | | | | | Sold (part) | 10/26/12 | J | | |
| 214. | | | | | | | | | |
| 215. | | | | | | | | | |
| 216. | | | | | | | | | |
| 217. | | | | | | | | | |
| 218. | | | | | | | | | |
| 219. | | | | | | | | | |
| 220. | | | | | | | | | |
| 221. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | | | | | |
| 223. | | | | | | | | | |
| 224. | | | | | | | | | |
| 225. | | | | | | | | | |
| 226. | | | | | | | | | |
| 227.   BROKERAGE ACCOUNT #4 | | None | J | T | | | | | |
| 228.   -iShares Barclays 1-3 Year Treasury Bond | A | Dividend | J | T | Sold (part) | 10/3/12 | J | A | |
| 229.   -iShares Barclays TIPS Bond Fund 5.298% | A | Dividend | J | T | Buy (add'l) | 2/2/12 | J | | |
| 230. | | | | | Sold (part) | 10/3/12 | J | A | |
| 231.   -SPDR Gold Trust | | None | J | T | Sold (part) | 7/17/12 | J | A | |
| 232.   -Vanguard Bond Index Fund | A | Dividend | J | T | Buy (add'l) | 2/2/12 | J | | |
| 233.   -Vanguard Total Stock Market Index | A | Dividend | J | T | | | | | |
| 234.   -iShares Barclays 7-10 Year Treasury Bond | A | Dividend | J | T | | | | | |
| 235.   -iShares MSCI Germany Index | | None | J | T | Buy | 10/3/12 | J | | |
| 236.   -DB Commodity Index | | None | J | T | Buy (add'l) | 6/6/12 | J | | |
| 237.   -ishares MSCI Hong Kong Index | A | Dividend | J | T | Sold | 2/2/12 | J | A | |
| 238. | | | | | Buy | 10/3/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -PIMCO 15+ Year US TIPS Index ETF | A | Dividend | | | Sold (part) | 2/2/12 | J | A | |
| 240. | | | | | Sold | 10/3/12 | J | A | |
| 241. -PIMCO Enhanced Short Maturity Strgy ETF | A | Dividend | J | T | Sold (part) | 2/2/12 | J | | |
| 242. -Vanguard Dividend Appreciation | A | Dividend | J | T | Sold (part) | 10/3/12 | J | A | |
| 243. -Vanguard REIT Index | A | Dividend | J | T | Sold (part) | 2/2/12 | J | A | |
| 244. | | | | | Buy (add'l) | 10/3/12 | J | | |
| 245. -Schwab Govt Money Fund | | None | J | T | | | | | |
| 246. -Currencyshares Japanese Yen Trust | | None | | | Sold | 2/2/12 | J | A | |
| 247. -PowerShares QQQ Trust, Series 1 | A | Dividend | J | T | | | | | |
| 248. -SPDR S&P 500 Fund | A | Dividend | | | Buy | 2/2/12 | J | | |
| 249. | | | | | Sold | 6/6/12 | J | | |
| 250. -SPDR Barclays Capital Short Term Corportate Bond | A | Dividend | J | T | Buy (add'l) | 2/2/12 | J | | |
| 251. | | | | | Buy (add'l) | 10/3/12 | J | | |
| 252. -iShares AAA-A Rated Corporate Bond Fund | A | Dividend | J | T | Buy | 10/3/12 | J | | |
| 253. -iShares FTSE EPPA Nareit Global Real Estate | A | Dividend | J | | Buy | 6/6/12 | J | | |
| 254. | | | | | Buy (add'l) | 10/3/12 | J | | |
| 255. -Powershares EFF Emerging Markets | A | Dividend | J | T | Buy | 10/3/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. -Powershares Global ETF Fundamental High Yld US | A | Dividend | | | Buy | 2/9/12 | J | | |
| 257. | | | | | Sold | 10/3/12 | J | A | |
| 258. -Powershares S&P Low Volatility | A | Dividend | J | T | Buy | 2/2/12 | J | | |
| 259. -Guggenheim Enhanced Short Duration | A | Dividend | J | T | Buy | 2/2/12 | J | | |
| 260. -iShares Gold Trust | | None | J | T | Buy | 10/3/12 | J | | |
| 261. | | | | | | | | | |
| 262. | | | | | | | | | |
| 263. | | | | | | | | | |
| 264. | | | | | | | | | |
| 265. | | | | | | | | | |
| 266. | | | | | | | | | |
| 267. | | | | | | | | | |
| 268. | | | | | | | | | |
| 269. | | | | | | | | | |
| 270. | | | | | | | | | |
| 271. | | | | | | | | | |
| 272. CHARLES SCHWAB MONEY MARKET ACCOUNT | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Fidelity USA | A | Dividend | K | T | | | | | |
| 274. Bank of America (savings) | A | Interest | K | T | | | | | |
| 275. Bank of America (checking) | A | Interest | K | T | | | | | |
| 276. LILO, LLC (Limited Liability Corporation) | B | Dividend | M | W | Sold (part) | 6/1/12 | L | E | |
| 277. Citizens Bank (savings and checkings) | A | Interest | K | T | | | | | |
| 278. Sovereign Bank (savings) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 05/10/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In 2012, most of the assets owned ⬚⬚⬚⬚⬚ were managed by Windhaven Investments ("Windhaven"). Windhaven provided the information in this Report concerning the assets it managed. That information is, to the best of my knowledge, correct.

⬚⬚⬚⬚⬚ invest in what Windhaven calls "Funds," through which identical investments are made simultaneously for many investors. They are not mutual funds. Rather, various index shares are bought and sold for individual accounts at various times. Therefore, there are many transactions described in this Report which would not be required to be reported if we were invested in mutual funds which engaged in similar transactions.

I have not listed in Part VII the asset in ⬚⬚⬚⬚⬚ Trust in part because I have no beneficial interest in it and do not now control the purchase, sale, or other disposition of the asset.

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 05/10/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mark L. Wolf**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544